# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Painters District Council No. 14, a labor organization  Plaintiff,  V.  Destiny Decorators, Inc., an Illinois corporation  Defendants, | FILED: SEPTEMBER 2, 2008  08CV4984  JUDGE MORAN  MAGISTRATE JUDGE KEYS  EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| NAME (Type or print) |  |
|---|---|
| JAMES R. ANDERSON |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ James R. Anderson |  |
| FIRM |  |
| ARNOLD AND KADJAN |  |
| STREET ADDRESS |  |
| 19 WEST JACKSON BLVD. |  |
| CITY/STATE/ZIP |  |
| CHICAGO, IL. 60604 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6206500 | (312) 236-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐   NO ☑ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☑   NO ☐ ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☐   NO ☑ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐   NO ☑ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ ||