## United States District Court for the Northern District of Illinois

Case Number: 08CV4984         Assigned/Issued By: DAJ

Judge Name: MORAN             Designated Magistrate Judge: KEYS

### FEE INFORMATION

*Amount Due:*   [✓] $350.00    [ ] $39.00    [ ] $5.00
                [ ] IFP        [ ] No Fee    [ ] Other _____
                [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                Receipt #: 3069696

Date Payment Rec'd: 09/02/08        Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

  1  Original and  0  copies on  09/02/08  as to DEF.
                                  (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05