**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PAINTERS DISTRICT COUNCIL NO. 14, a labor organization, | ) | |
| | ) | No. 08-C-4984 |
| Plaintiffs, | ) | |
| | ) | Judge Amy J. St. Eve |
| v. | ) | |
| | ) | Magistrate Judge Keys |
| DESTINY DECORATORS, INC., an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**RELEASE AND SATISFACTION OF JUDGMENT**

**Plaintiff, Painters District Council No. 14**, by and through ARNOLD AND KADJAN, their Attorneys, in consideration of payment in full, hereby release the Judgment entered by the District Court on October 22, 2008, in the total amount of **$69,173.94.**

Plaintiffs by Arnold & Kadjan, their Attorneys,

By:_/s/ Anthony B. Sanders________________
One of their Attorneys

Donald D. Schwartz
James R. Anderson
ARNOLD AND KADJAN
Attorneys for Plaintiffs
19 West Jackson Boulevard
Chicago, IL 60604
(312) 236-0415